# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Ronnie Dean Cozart,<br><br>　　　　　Defendant. | No. CR-13-00802-TUC-JGZ (CRP)<br><br>**ORDER** |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Charles A. Pyle that recommends further examination proceedings of Defendant Ronnie Dean Cozart. (Doc. 56.)

A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

The Court has reviewed the record and concludes that Magistrate Judge Pyle's recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir.1999); *see also Conley v. Crabtree*, 14 F.Supp.2d 1203, 1204 (D. Or. 1998).

Accordingly, IT IS HEREBY ORDERED as follows:

1. Magistrate Judge Pyle's Report and Recommendation (Doc. 56) is accepted and adopted;

2. The Warden of the Federal Medical Center in Butner, North Carolina is to commence examination proceedings pursuant to 18 U.S.C. § 4246 to determine if involuntary hospitalization of Defendant is appropriate.

3. Proceedings in this action remain stayed until the involuntary hospitalization proceedings are completed and the Defendant is to remain in custody throughout those proceedings.

4. The Clerk of the Court is directed to forward a copy of this Order to the Warden at the Federal Medical Center in Butner, North Carolina.

Dated this 7th day of May, 2015.

Jennifer G. Zipps
United States District Judge

cc: FMC Butner

- 2 -